IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:97CR171 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| TRACY TYNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW the court sua sponte and finds this case was previously assigned to

the late District Judge William G. Cambridge.  Accordingly,

**IT IS ORDERED** that this case is reassigned to District Judge Laurie Smith Camp

for all pretrial matters and disposition.

**DATED:  June 14, 2005.**

BY THE COURT:


**s/ Joseph F. Bataillon**
United States District Judge