IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, ) | |
| ) | CASE NO. 8:97CR171 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Tracy Tyner-Padilla, ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| Medi Badge, ) | |
| Garnishee. ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment (Filing No. 14) filed by the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Medi Badge, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Plaintiff's Application for Writ of Continuing Garnishment (Filing No. 14) is granted; and

2. The Clerk of the Court shall issue a Writ of Continuing Garnishment against Medi Badge, whose address is P.O. Box 12456, Omaha, Nebraska 68112.

DATED this 8th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge