IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 8:97CR171 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TRACY TYNER-PADILLA, ) | ORDER TO RELEASE |
| ) | GARNISHMENT |
| Defendant. ) | |

This matter is before this Court on the Plaintiff's motion (Filing No. 19) for an order releasing the garnishment against the Tracy Tyner-Padilla.

IT IS ORDERED:

1. The Plaintiff's motion (Filing No. 19) for an order releasing the garnishment against Medi Badge is granted; and

2. The garnishment against Medi Badge is released.

DATED this 22nd day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge